| | |
|---|---|
| No. 24-1134 | September Term, 2024 |
| | NLRB-05CA216482 |
| | NLRB-05CA238809 |
| | NLRB-05CA230128 |

Filed On: March 31, 2025 [2108574]

District Hospital Partners, L.P., d/b/a George Washington University Hospital, A Limited Partnership and UHS of D.C., Inc., General Partner,

    Petitioners

    v.

National Labor Relations Board,

    Respondent

------------------------------

1199SEIU United Healthcare Workers East,

    Intervenor

------------------------------

Consolidated with 24-1165

# O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for April 10, 2025, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioners | - | 15 Minutes |
| Respondent | - | 15 Minutes (to be divided with intervenor as the parties deem appropriate) |

The panel considering these cases will consist of Chief Judge Srinivasan and Circuit Judges Henderson and Childs.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by April 2, 2025.

**Per Curiam**

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                BY:    /s/
                            Michael C. McGrail
                            Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)